IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DAVID CLARKSON CADWALLADER**                                              **PLAINTIFF**

V.                              **CASE NO. 5:24-CV-5107**

**JOHN KARAS, Karas Correctional Health (KCH),**
**Health Care Provider; NURSE KELLIE HINELY, KCH;**
**JORDAN PRAVENAS, KCH Paramedic;**
**JAKE SMOTHERS, KCH Paramedic;**
**SHERIFF JAY CANTRELL,**
**Washington County, Arkansas; and**
**TOM MULVANEY, Washington County Detention Center**           **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 31) filed in this case on December 17, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and all claims against Defendants Cantrell and Mulvaney are **DISMISSED WITH PREJUDICE** based on Plaintiff's intentional failure to prosecute this his claims against them; his failure to obey the orders of the Court; and his failure to comply with Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 6th day of January, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE