IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DAVID CLARKSON CADWALLADER**                                                          **PLAINTIFF**

V.                          **CASE NO. 5:24-CV-5107**

**NURSE KELLIE HINELY, Karas Correctional Health (KCH);**
**JORDAN PRAVENAS, KCH Paramedic; and**
**JAKE SMOTHERS, KCH Paramedic**                                              **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 44) filed in this case on August 25, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and Defendants' Motion to Dismiss (Doc. 42) is **GRANTED**. Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, the case is **DISMISSED WITHOUT PREJUDICE** based on Plaintiff's failure to prosecute this his claims; his failure to obey the orders of the Court; and his failure to comply with Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 12th day of September, 2025.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE